BEFORE THE FIRST DIVISION, APRIL 1, 1965

No. 69212.—Charles Bruning Co., Inc. *v.* United States, protests 61/13393–12360, etc. (Chicago).

Opinion by WILSON, J. In accordance with stipulation of counsel that the items of merchandise are, in fact, Azo salts, the claim of the plaintiff was sustained.

No. 69213.—Unit Venetian Blind Supply Corp. et al. *v.* United States, protests 64/19096, etc. (Los Angeles).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

MARCH 30, 1965

No. 69214.—Acme Novelty Co. et al. *v.* United States, protests 61/19670 and 61/19677 in the name of Adrian Taron, Frank P. Dow Co., Inc. Protests abandoned March 5, 1965. Plaintiffs' application for rehearing granted.